```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

MARILYN HOLLOMAN,              )
                               )
    Plaintiff,                 )
                               )
        v.                     )   NO.  3:11-1054
                               )   Judge Sharp/Bryant
METROPOLITAN GOVERNMENT OF     )   **Jury Demand**
NASHVILLE AND DAVIDSON COUNTY, )
et al.,                        )
                               )
    Defendants.                )

## <u>MEMORANDUM AND ORDER</u>

Plaintiff Holloman has filed her motion to reopen discovery (Docket Entry No. 23), to which defendants have responded in opposition (Docket Entry No. 24).

On July 16, 2013, the undersigned Magistrate Judge conducted a telephone discovery conference with counsel for the parties. As a result of discussions with counsel during this conference, the parties have agreed to a compromise resolution of plaintiff's motion to reopen discovery. Counsel for defendants stated that he believed that all documents responsive to plaintiff's discovery requests have previously been produced to plaintiff. Nevertheless, counsel for defendants has agreed to check his file once more and, if additional responsive documents exist that have not been produced, he will produce such documents to counsel for the plaintiff on or before **July 30, 2013**. Defendants shall not be required to identify which of these documents they have relied upon as a basis for denial of

plaintiff's requests for admissions.  Counsel for the parties agreed that this resolution was a satisfactory compromise of plaintiff's motion to reopen discovery.

Plaintiff's counsel mentioned that, depending upon the substance of any additional documents to be produced by defendants, plaintiff may wish to seek leave to supplement her briefing on defendants' pending motion for summary judgment.  The undersigned Magistrate Judge stated that the parties should seek leave of the District Judge, if necessary, in order to file further briefs on the motion for summary judgment.

Given the foregoing compromise of the parties, the Clerk is directed to TERMINATE plaintiff's motion to reopen discovery (Docket Entry No. 23) and her related motion to ascertain status (Docket Entry No. 34) as MOOT.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge