UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARILYN HOLLOMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-1054 |
| v. ) | |
| ) | Judge Sharp |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 25) is hereby GRANTED. Further, all pending motions are hereby DENIED as moot.

This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE